# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **TONYA RENITA MEAZELL,** | § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 6:18-CV-00221-RAS |
| v. | § § § | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | § § § § | |
| **Defendant.** | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On May 18, 2018, Plaintiff initiated the above entitled and numbered civil action pursuant to the Social Security Act Section 405(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On July 1, 2019, the Magistrate Judge issued a Report and Recommendation ("Report") concluding that the decision of the Commissioner should be affirmed and the action dismissed with prejudice. Docket No. 17. No objections have been timely filed. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**SIGNED this the 29th day of September, 2019.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE